UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| David Wallenstein, et al., | Case No. 3:22-cv-06033-VC |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |
| Mondelez International, Inc., et al., | |
| Defendant. | |

On behalf of (party name) Defendants Mondelez International, Inc., Mondelez Global, LLC and Nabisco, Inc., the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Jennifer S. Romano and Rebecca M. Suarez of Crowell & Moring LLP

Name(s) of counsel withdrawing from representation and firm name:
Mark C. Goodman and Nancy Sims of Baker & McKenzie LLP

Date: October 11, 2024

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE