DAVE FOX (Bar No. 254651)
Dave@FoxLawAPC.com
JOANNA FOX (Bar No. 272593)
Joanna@FoxLawAPC.com
COURTNEY VASQUEZ (Bar No. 267081)
Courtney@FoxLawAPC.com
**FOX LAW, APC**
201 Lomas Santa Fe Drive, Suite 420
Solana Beach, CA 92075
Tel:  858-256-7616
Fax: 858-256-7618

*Attorneys for Plaintiffs and the Class*

JENNIFER S. ROMANO (Bar. No. 195953)
Jromano@crowell.com
REBECCA M. SUAREZ (Bar. No. 284853)
RSuarez@crowell.com
**CROWELL & MORING, LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: 415.986.2800
Fax: 415.986.2827

*Attorneys for Defendants*
MONDELĒZ INTERNATIONAL, INC.,
MONDELĒZ GLOBAL, LLC and
NABISCO, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLENSTEIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MONDELĒZ INTERNATIONAL, INC., a Virginia corporation, MONDELĒZ GLOBAL, LLC, a Delaware limited liability company, AND NABISCO, INC., a New Jersey corporation,<br><br>Defendants. | Case No. 3:22-cv-06033-VC<br><br>**STIPULATION TO AMEND DISCOVERY AND DISPOSITIVE MOTION HEARING DEADLINES; [PROPOSED] ORDER**<br><br>Judge:  The Hon. Vince Chhabria<br>Ctrm:   4, 17th Floor<br><br>Date Action Filed:  October 13, 2022 |

Pursuant to the Court's Order permitting the Parties to "file a stipulation to amend deadlines as long as trial dates are not impacted" (ECF No. 92), and Civ. L.R. 6-2 and 7-12, Plaintiff David Wallenstein, individually and on behalf of the California Class ("Plaintiffs"), and Defendants Mondelēz International, Inc., Mondelēz Global, LLC and Nabisco, Inc. ("Defendants") respectfully submit the following Stipulation to Amend Discovery and Dispositive Motion Hearing Deadlines.  Plaintiff and Defendants are herein collectively referred to as the "Parties."

The proposed amended schedule would extend the discovery and dispositive motion hearing deadline approximately one month from October 25, 2024 to November 27, 2024 (discovery), and from December 19, 2024 to January 23, 2025 (last day to hear dispositive motions).  The pre-trial conference and trial dates would remain unchanged.  In support of this Stipulation, the Parties state as follows:

WHEREAS, on September 25, 2024, the Court granted Plaintiff's Motion for Class Certification and certified a class of all California purchasers of Wheat Thins from October 13, 2018 to the present (ECF No. 85);

WHEREAS, on October 4, 2024, the Parties appeared before the Court at a further case management conference to discuss Class Notice and the status of the case (ECF No. 92);

WHERAS, at the October 4 status conference, former defense counsel raised the issue of extending the discovery and dispositive motion hearing deadline to allow the Parties additional time to conduct further discovery in preparation for the March 11, 2025, trial.  The Court held that the "Parties may file a stipulation to amend deadlines as long as trial dates are not impacted" (*id.*);

WHEREAS, thereafter on October 11, 2024, Crowell & Moring, LLP substituted in as new counsel for Defendants (ECF No. 95);

WHEREAS, counsel for the Parties met and conferred on the discovery and dispositive motion schedule and agreed that both Parties would benefit from additional time to conduct discovery in preparation for trial.  Counsel for Plaintiffs do not oppose the limited continuance of the dispositive motion hearing deadline (Vasquez Decl. ¶ 3);

WHEREAS, this is the second extension of time the Parties have requested from the Court to amend the pre-trial schedule and the Court stated that the "Parties may file a stipulation to amend deadlines as long as trial dates are not impacted" (ECF No. 95; *see also* Vasquez Decl. at ¶ 4);

WHEREAS, the Stipulation will not alter the Pretrial Conference set for February 25, 2025, or Jury Selection/Trial set for March 11, 2025, and thus the requested amendments will not impact the progress of this case (Vasquez Decl. at ¶ 5).

WHEREFORE, the Parties submit the following proposed modifications to the remaining deadlines in this case as follows:

|  | Prior Date | Amended Date |
| --- | --- | --- |
| Close of Fact and Expert Discovery | October 25, 2024 | November 27, 2024 |
| Last Day to Hear Dispositive Motions | December 19, 2024 | January 23, 2025 |
| Pre-Trial Conference | February 25, 2025, 10:00 a.m. in person | February 25, 2025, 10:00 a.m. in person |
| Jury Selection/Trial | March 11, 2025, 10:00 a.m. in person | March 11, 2025, 10:00 a.m. in person |

IT IS SO STIPULATED.

Dated:  October 17, 2024                **FOX LAW APC**

 *s/ Courtney Vasquez*
COURTNEY VASQUEZ
courtney@foxlawapc.com
*Attorneys for Plaintiff and the Class*

Dated:  October 17, 2024                **CROWELL & MORING, LLP**

 *s/ Jennifer Romano*
JENNIFER S. ROMANO
Jromano@crowell.com
MONDELĒZ INTERNATIONAL, INC.,
MONDELĒZ GLOBAL, LLC and
NABISCO, INC.

2

## **CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jennifer Romano, counsel for Defendants, and that I have obtained her authorization to affix her signature to this document.

Date: October 17, 2024                                          **FOX LAW, APC**


                                                                                  _s/ Courtney Vasquez_____
                                                                                  COURTNEY VASQUEZ
                                                                                  *Attorneys for Plaintiff and the Class*


## **ORDER**

Having considered the Parties' Stipulation to Amend Discovery and Dispositive Motion Hearing Deadlines, and for good cause appearing therefor, the Court hereby modifies the Schedule as follows:

| Close of Fact and Expert Discovery | November 27, 2024 |
| --- | --- |
| Last Day to Hear Dispositive Motions | January 23, 2025 |
| Pre-Trial Conference | February 25, 2025, 10:00 a.m. in person |
| Jury Selection/Trial | March 11, 2025, 10:00 a.m. in person |

IT IS SO ORDERED.

Dated: _____

                                                                                  _____
                                                                                  HON. VINCE CHHABRIA
                                                                                  United States District Judge