UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLENSTEIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONDELEZ INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-06033-VC<br><br>**ORDER ON SEALING MOTIONS**<br><br>Re: Dkt. Nos. 104, 106, 114 |

    The motion to seal at Dkt. No. 104 is granted as to all documents except for Dkt. No. 104-2. There is not good cause to seal these references to Mondelez's own conjoint analysis. The defendants should refile this document unredacted, and the remaining documents redacted, on the public docket within one week of this order.

    The motion to seal at Dkt. No. 109 is granted as narrowed by the defendants' statement at Dkt. No. 114. The plaintiffs should refile all documents not covered by Dkt. No. 114 unredacted, and the documents covered by Dkt. No. 114 redacted per that statement, on the public docket within one week of this order.

    **IT IS SO ORDERED.**

Dated: April 11, 2025

VINCE CHHABRIA
United States District Judge