UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLENSTEIN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>MONDELEZ INTERNATIONAL, INC., et al.,<br><br>      Defendants. | Case No. 22-cv-06033-VC<br><br>**ORDER REGARDING ADDITIONAL EXPLANATION OF FRAUDULENT CLAIMS ACTIVITY** |

The plaintiffs should submit a statement by 5 p.m. on Wednesday, December 10, 2025, that further explains the claims administrator's process for identifying fraudulent and deficient claims, and the steps implemented to cure deficiencies. Although the fraudulent claim activity is discussed briefly in the Reed Declaration, the parties should explain the criteria used to categorize claims as "possibly fraudulent" and "confidently fraudulent." The parties should also address the additional verification procedure implemented for deficient claims, and whether consumers who submitted deficient claims were provided adequate time to return Deficiency Cure Forms to the claims administrator.

**IT IS SO ORDERED.**

Dated: December 9, 2025

VINCE CHHABRIA
United States District Judge