# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLENSTEIN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>MONDELĒZ INTERNATIONAL, INC., a Virginia corporation, MONDELĒZ GLOBAL, LLC, a Delaware limited liability company, AND NABISCO, INC., a New Jersey corporation,<br><br>Defendants. | Case No. 3:22-cv-06033-VC<br><br>**FINAL JUDGMENT**<br><br>Judge:  The Hon. Vince Chhabria<br>Ctrm:   4, 17th Floor |

IT IS HEREBY ADJUDGED AND DECREED pursuant to Federal Rule of Civil Procedure 58, on the terms and conditions of the Settlement Agreement entered into by and between Plaintiffs and Class Representatives David Wallenstein, Matthew Werner, Ivan Blanco and Kathryn Swiggum (collectively "Plaintiffs") and Defendants Mondelez International, Inc., Mondelez Global, LLC, and Nabisco, Inc. (collectively, "Defendants"), as approved by the Court's Final Approval Order, dated December 12, 2025, as follows:

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement incorporated into the Final Approval Order.

2. All Released Claims of the Releasing Persons are hereby released as against Defendants and the Released Persons, as defined in the Settlement Agreement.

3. The claims of Plaintiffs and the Settlement Class are dismissed with prejudice.

4. The Parties shall bear their own costs and attorneys' fees, except as set forth in the Final Approval Order.

5. This Judgment adopts and incorporates the reasonable attorneys' fees, costs, and service awards as set forth in the Final Approval Order.

6. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs, the Settlement Class Members, and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

IT IS SO ORDERED.

Dated: December 12, 2025

_____
Hon. Vince Chhabria
District Court Judge

1